632

372 A.2d 835

Commonwealth v. Faison, Appellant.

Submitted September 13, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Eric J. Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 835

Commonwealth v. Fowler, Appellant.

Submitted December 30, 1975. Miguel A. Leon, and Chappelle, Gibbs & Leon, for appellant; Richard P. Myers, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.